UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

THE AMERICAN PSYCHIATRIC
ASSOCIATION, ET AL.,                          25-cv-10783 (JGK)

                    Plaintiffs,              ORDER

          - against -

EMBLEMHELATH, INC., ET AL.,

                    Defendants.
_____

JOHN G. KOELTL, District Judge:

     As discussed during today's telephone conference, the

defendants may file a motion to dismiss by **April 3, 2026.** The

plaintiffs shall file any opposition to the defendants' motion to

dismiss by **April 24, 2026.** The defendants shall reply by **May 8,**

**2026.**

     The discovery is stayed until a decision on the motion to

dismiss. The case is referred to Magistrate Judge Netburn for

settlement.

SO ORDERED.

Dated:    New York, New York
          March 10, 2026

                                   _____
                                        John G. Koeltl
                                   United States District Judge