UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE AMERICAN PSYCHIATRIC ASSOCIATION, THE NEW YORK STATE PSYCHIATRIC ASSOCIATION, on their behalf and in an associational capacity on behalf of their members, and MILEN BEYENE, VALERIA CALDERON, ELIZABETH CANTY, BONNIE DORIS ELLIOTT, DANIEL RICCOBONO, and NIMROD SHIMRONY, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> EMBLEMHEALTH, INC. and EMBLEMHEALTH PLAN, INC., <br><br> Defendants. | Case No. 1:25-cv-10783-JGK <br><br> Hon. John G. Koeltl |

**DEFENDANTS EMBLEMHEALTH, INC. AND EMBLEMHEALTH PLAN, INC.'S
NOTICE OF MOTION TO DISMISS**

PLEASE TAKE NOTICE that Defendants EmblemHealth, Inc. and EmblemHealth Plan, Inc. shall move this Court before the Honorable John G. Koeltl of the United States District Court for the Southern District of New York, located at 40 Foley Square, New York, NY 10007, on such date and time as the Court may direct, for an Order pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure to dismiss the Plaintiffs' Complaint. Defendants request the Court hear oral argument on the Motion to Dismiss.

PLEASE TAKE FURTHER NOTICE that in support of their Motion to Dismiss, Defendants will rely upon the accompanying Memorandum of Law, the Declaration of Amanda H. Freyre and Exhibits A and B attached thereto, the pleadings, papers, and other documents on file, and such further evidence or argument as the Court may consider.

Dated: April 3, 2026
    New York, New York

Respectfully Submitted,

PILLSBURY WINTHROP SHAW PITTMAN LLP

By: _/s/ Amanda H. Freyre_____
Amanda H. Freyre
Maria T. Galeno
31 West 52nd Street
New York, NY 10019-6131
(212) 858-1000
amanda.freyre@pillsburylaw.com
maria.galeno@pillsburylaw.com

*Counsel for Defendants EmblemHealth, Inc. and EmblemHealth Plan, Inc.*

2

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by CM/ECF to all counsel of record on this 3rd day of April 2026.

_/s/ Amanda H. Freyre_____
Amanda H. Freyre