UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

<table>
<tr><td>

THE AMERICAN PSYCHIATRIC ASSOCIATION, THE NEW YORK STATE PSYCHIATRIC ASSOCIATION, on their behalf
and in an associational capacity on behalf of their members, and MILEN BEYENE, VALERIA CALDERON, ELIZABETH CANTY, BONNIE DORIS ELLIOTT, DANIEL RICCOBONO, and NIMROD SHIMRONY, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

EMBLEMHEALTH, INC. and EMBLEMHEALTH PLAN, INC.,

Defendants.

</td>
<td>

Case No. 1:25-cv-10783-JGK

Hon. John G. Koeltl

</td></tr>
</table>

**DECLARATION OF AMANDA H. FREYRE IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS**

Pursuant to 28 U.S.C. § 1746, Amanda H. Freyre, declares as follows:

1.       I am a partner in the law firm of Pillsbury Winthrop Shaw Pittman LLP, attorneys for Defendants EmblemHealth, Inc. and EmblemHealth Plan, Inc. I make this Declaration of my own personal knowledge, and if called to testify would testify consistent with the statements herein.

2.       I submit this Declaration, and the materials attached hereto, in support of Defendants' Motion to Dismiss Plaintiffs' Complaint.

3.       I am aware that the New York Attorney General maintains a database of its enforcement actions which it makes available to the public on its website, https://ag.ny.gov/libraries-documents/advocacy-and-enforcement-actions?page=1.

3.    A true and correct copy of a screenshot from the New York Attorney General's website showing that the Assurance of Discontinuance referenced in Defendants' Motion to Dismiss is publicly available on that site is attached hereto as Exhibit A.

4.    A true and correct copy of the Assurance of Discontinuance referenced in Defendants' Motion to Dismiss is attached hereto as Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 3, 2026

By:  _/s/ Amanda H. Freyre_____
     Amanda H. Freyre

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by

CM/ECF to all counsel of record on this 3rd day of April 2026.

_/s/ Amanda H. Freyre_____

Amanda H. Freyre