Case 1:25-cv-10783-JGK    Document 31-1    Filed 04/03/26    Page 1 of 3

# Exhibit A

4



*Letitia James*

New York State Attorney General

# *Advocacy and Enforcement*

## Filter Advocacy and Enforcement Results

Hide filters -

### Search

Enter search terms

### Type

- Any -

### Settlements and agreements type

- Any -

This field only applies if the document you are searching for is a settlement or agreement.

### Bureau

- Any -

### Category

- Any -

### Date

Starting date                                    Ending date

| mm/dd/yyyy | mm/dd/yyyy |
|---|---|

For results spanning a year, follow the example: Start 1/1/2018, End 1/1/2019

## Sort results by

Newest first ⌄

**Apply Filters**          **Reset filters**

Displaying 26 to 50 of 3285

**Date:** 02-25-2026          **Bureau:** Economic Justice, Internet & Technology (BIT)
**Type:** Court Filing

### New York v. Valve Corporation - Complaint - 2026

**View/download document**

---

**Date:** 02-24-2026          **Bureau:** Executive          **Type:** Amicus Curiae

### United States of America v. City of New York, et al. - Amicus Brief - 2026

**View/download document**

---

**Date:** 02-19-2026          **Bureau:** Social Justice, Health Care (HCB)
**Type:** Settlements & Agreements

### EmblemHealth, Inc. - Assurance of Discontinuance - 2026

**View/download document**

---

**Date:** 02-18-2026          **Bureau:** Executive          **Type:** Court Filing