UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
AMERICAN PSYCHIATRIC ASSOCIATION, et al.,
                              Plaintiff(s)

                                                                    25 civ 10783 (JGK)

        -against-

EMBLEMHEALTH, INC., et al,
                              Defendant(s).
--------------------------------------------------------------X

## ORDER

The conference scheduled for Tuesday, May 26, 2026, at 4:00pm, is canceled.

**SO ORDERED.**

_____
        **JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        May 20, 2026